1 | Patrick. R. Leverty, Esq., NV Bar No . 8840
pat@levertylaw.com
2 | William R. Ginn, Esq., NV Bar No. 6989
bill@levertylaw.com
3 | LEVERTY & ASSOCIATES LAW, CHTD.
832 Willow Street
4 | Reno, NV 89502
Telephone: (775)322-6636

William B. Federman (pro hac vice
application forthcoming)
wbf@federmanlaw.com
Kennedy M. Brian (pro hac vice application
forthcoming)
kpb@federmanlaw.com
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560

Attorneys for: *Plaintiff Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MEAGHER, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff<br>vs.<br><br>DIGITAL TRUST, LLC F/K/A THE KINGDOM TRUST COMPANY,<br>Defendants | Case No.: 2:24-cv-1630<br><br>**SUPPLEMENT** |

    Plaintiff Kevin Meagher, on behalf of himself and all other similarly situated individuals, and by and through his counsel, Leverty & Associates Law, Chtd., and forthcoming Pro Hac Vice counsel, Federman & Sherwood, hereby files this supplement to the complaint containing



1

the exhibits which should have been attached to the Complaint, but were inadvertently not filed.

Dated: September 4, 2024

**LEVERTY AND ASSOCIATES LAW, CHTD.**

Patrick R. Leverty, NV Bar No. 8840
William R. Ginn, NV Bar No. 6869
832 Willow Street
Reno, NV 89502

**FEDERMAN & SHERWOOD**

William B. Federman
(pro hac vice application forthcoming)
Kennedy M. Brian
(pro hac vice application forthcoming)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

*Attorneys for Plaintiff Class*

