ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Facsimile: 702.792.9002
Email: swanise@gtlaw.com

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MEAGHER on behalf of himself and REBECCA DAWSON on behalf of themselves and all other similarly situated individuals,<br><br>                    Plaintiffs,<br><br>    v.<br><br>KTC HOLDING COMPANY f/k/a THE KINGDOM TRUST COMPANY,<br><br>                    Defendant. | CASE NO. 2:24-cv-01630-CDS-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs KEVIN MEAGHER, on behalf of himself and on behalf of others similarly situation, and REBECCA DAWSON ("Plaintiffs"), and Defendant KTC HOLDING COMPANY, formerly known as THE KINGDOM TRUST COMPANY ("Defendant"), by and through their respective counsel, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their complaint on September 4, 2024 (ECF No. 1);

WHEREAS, waiver of service executed on behalf of Defendant was filed on September 10, 2024 (ECF No. 7), making the deadline to respond to the complaint November 9, 2024;

WHEREAS, Plaintiffs filed their First Amended Complaint on November 8, 2024 (ECF No. 13), making the deadline to respond to the amended complaint November 25,

*Greenberg Traurig, LLP*
*10845 Griffith Peak Drive, Suite 600, Las Vegas, NV 89135*
*(702) 792-3773          (702) 792-9002 (fax)*

1

2024;

WHEREAS, Plaintiffs have agreed to an extension of time for Defendant to respond to the amended complaint, namely, January 17, 2025, to allow the Parties to continue ongoing settlement discussions and to accommodate the extension request by Defendant's counsel;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE and AGREE that the deadline for Defendant to respond to the amended complaint is January 17, 2025.

The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this 21st day of November, 2024.

Dated this 21st day of November, 2024.

*/s/ Eric W. Swanis*

*/s/ Kennedy M. Brian*

**GREENBERG TRAURIG, LLP**
ERIC W. SWANIS (NV BAR 06840)
10845 Griffith Peak Drive, Ste 600
Las Vegas, NV 89135

*Counsel for Defendant*

**LEVERTY & ASSOCIATES LAW, CHTD**
PATRICK R. LEVERTY (NV BAR 8840)
WILLIAM R. GINN (NV BAR 6989)
832 Willow Street
Reno, NV 89502

**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (*PHV*)
KENNEDY M. BRIAN (*PHV*)
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 11/25/2024

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, NV 89135
(702) 792-3773    (702) 792-9002 (fax)

ACTIVE 704195409v1