ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Facsimile: 702.792.9002
Email: swanise@gtlaw.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MEAGHER on behalf of himself and REBECCA DAWSON on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KTC HOLDING COMPANY f/k/a THE KINGDOM TRUST COMPANY,<br><br>Defendant. | CASE NO. 2:24-cv-01630-CDC-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs KEVIN MEAGHER and REBECCA DAWSON, on behalf of themselves and all other similarly situated individuals ("Plaintiffs"), and Defendant KTC HOLDING COMPANY, formerly known as THE KINGDOM TRUST COMPANY ("Defendant" and together with Plaintiffs, the "Parties"), by and through counsel, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on November 8, 2024 (ECF No. 13), making the deadline to respond to the amended complaint November 25, 2024;

WHEREAS, on November 25, 2024, this Court entered an order granting the Parties' joint stipulation to extend the time to respond to the First Amended Complaint (ECF No. 15), making Defendant's response deadline January 17, 2025.

35470011.1

WHEREAS, the Parties are actively engaged in settlement negotiations, and request additional time to explore potential early resolution of this matter.

WHEREAS, the Parties have agreed to an extension of time for Defendant to respond to the amended complaint, namely, February 21, 2025, to allow the Parties to continue ongoing settlement discussions;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE and AGREE that the deadline for Defendant to respond to the amended complaint is February 21, 2025.

The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this_3rd day of January, 2025.                Dated this 3rd day of January, 2025.

*/s/ Eric W. Swanis*                                            */s/ Kennedy M. Brian*

| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br>ERIC W. SWANIS (NV BAR 06840)<br>10845 Griffith Peak Drive, Ste 600<br>Las Vegas, NV 89135<br><br>**MCDONALD HOPKINS LLC**<br>JENNIFER W. TORREZ (*PHV*)<br>300 N. LaSalle St.<br>Suite 1400<br>Chicago, IL 60654<br><br>*Counsel for Defendant* | **LEVERTY & ASSOCIATES LAW, CHTD**<br>PATRICK R. LEVERTY (NV BAR 8840)<br>WILLIAM R. GINN (NV BAR 6989)<br>832 Willow Street<br>Reno, NV 89502<br><br>**FEDERMAN & SHERWOOD**<br>WILLIAM B. FEDERMAN (*PHV*)<br>KENNEDY M. BRIAN (*PHV*)<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br><br>*Counsel for Plaintiffs* |

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 1/6/25

35470011.1