ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Facsimile: 702.792.9002
Email: swanise@gtlaw.com
*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MEAGHER on behalf of himself and REBECCA DAWSON on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KTC HOLDING COMPANY f/k/a THE KINGDOM TRUST COMPANY,<br><br>Defendant. | CASE NO. 2:24-cv-01630-CDC-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiffs KEVIN MEAGHER and REBECCA DAWSON ("Plaintiffs") and Defendant KTC HOLDING COMPANY, formerly known as THE KINGDOM TRUST COMPANY ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on November 8, 2024 (ECF No. 13);

WHEREAS, on January 6, 2025, this Court entered an order granting the Parties' second joint stipulation to extend the time to respond to the First Amended Complaint (ECF No. 15), allowing the Parties to engage in settlement discussions, making Defendant's response deadline February 21, 2025;

WHEREAS, the Parties continue to diligently engage in settlement negotiations in good faith and request additional time to explore potential early resolution of this matter.

1

35742847.1

The Parties have made significant progress in settlement discussions and are optimistic that an agreement can be reached with additional time;

WHEREAS, the Parties have agreed to an extension of time for Defendant to respond to the First Amended Complaint, namely, April 7, 2025, to allow the Parties to continue ongoing settlement discussions;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE and AGREE that the deadline for Defendant to respond to the amended complaint is April 7, 2025.

The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this 20th day of February, 2025.

*/s/ Eric W. Swanis*

**GREENBERG TRAURIG, LLP**
ERIC W. SWANIS (NV BAR 06840)
10845 Griffith Peak Drive, Ste 600
Las Vegas, NV  89135

*Counsel for Defendant*

Dated this 20th day of February, 2025.

*/s/ Kennedy M. Brian*

**LEVERTY & ASSOCIATES LAW, CHTD**
PATRICK R. LEVERTY (NV BAR 8840)
WILLIAM R. GINN (NV BAR 6989)
832 Willow Street
Reno, NV 89502

**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (*PHV*)
KENNEDY M. BRIAN (*PHV*)
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 2/21/2025

2

35742847.1