Patrick. R. Leverty, Esq.
NV Bar No. 8840
pat@levertylaw.com
William R. Ginn, Esq.
NV Bar No. 6989
bill@levertylaw.com
**LEVERTY & ASSOCIATES LAW, CHTD.**
832 Willow Street
Reno, NV 89502
Telephone: (775)322-6636

William B. Federman
(admitted *pro hac vice*)
Kennedy M. Brian
(admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com
E: kpb@federmanlaw.com

*Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **KEVIN MEAGHER** and **REBECCA DAWSON** on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>Plaintiffs<br><br>v.<br><br>**KTC HOLDING COMPANY F/K/A THE KINGDOM TRUST COMPANY**,<br><br>Defendant | Case No. 2:24-cv-01630-CDS-MDC<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>[ECF No. 22] |

Plaintiff Kevin Meagher and Plaintiff Rebecca Dawson ("Plaintiffs"), and Defendant KTC HOLDING COMPANY, formerly known as THE KINGDOM TRUST COMPANY ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel,

and pursuant to Local Rules LPR 1-20, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on November 8, 2024 (ECF No. 13);

WHEREAS, on February 21, 2025, this Court entered an order granting the Parties' third joint stipulation to extend the time to respond to the First Amended Complaint (ECF No. 21), allowing the Parties to engage in settlement discussions, making Defendant's response deadline April 7, 2025;

WHEREAS, the Parties have agreed to conduct mediation on June 18, 2025, to diligently engage in settlement negotiations in good faith. The Parties have made significant progress in settlement discussions and are optimistic that an agreement can be reached with mediation.

WHEREAS, the Parties have agreed to stay proceedings until after mediation is conducted and completed with the assistance of an experienced, private mediator.

WHEREAS, the Parties have agreed to file a joint status report within 14 days after the mediation is completed on June 18, 2025, advising the Court on whether the mediation was successful and/or additional time is needed and proposed next steps.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE and AGREE to stay proceedings and file a joint status report within 14 days after mediation.

The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Date: April 4, 2025

| /s/: Jennifer W. Torrez | /s/: Kennedy M. Brian |
|---|---|
| **MCDONALD HOPKINS LLC** | **FEDERMAN & SHERWOOD** |
| JENNIFER W. TORREZ (*PHV*) | WILLIAM B. FEDERMAN (*PHV*) |
| 300 N. LaSalle St. | KENNEDY M. BRIAN (*PHV*) |
| Suite 1400 | 10205 N. Pennsylvania Ave. |
| Chicago, IL 60654 | Oklahoma City, OK 73120 |
| | |
| **GREENBERG TRAURIG, LLP** | **LEVERTY & ASSOCIATES LAW,** |
| ERIC W. SWANIS (NV BAR 06840) | **CHTD** |

| | |
|---|---|
| 10845 Griffith Peak Drive, Ste 600<br>Las Vegas, NV 89135<br>*Counsel for Defendant* | PATRICK R. LEVERTY (NV BAR 8840)<br>WILLIAM R. GINN (NV BAR 6989)<br>832 Willow Street<br>Reno, NV 89502<br>*Counsel for Plaintiffs* |

Based on the parties stipulation, this matter is STAYED pending mediation. The parties are ordered to file a joint status report within fourteen days of the conclusion of the June 18, 2025 mediation.

_____
Cristina D. Silva
United States District Judge

Dated: April 10, 2025

3