**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (*PHV*)
KENNEDY M. BRIAN (*PHV*)
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

**LEVERTY & ASSOCIATES LAW, CHTD**
PATRICK R. LEVERTY (NV BAR 8840)
WILLIAM R. GINN (NV BAR 6989)
832 Willow Street
Reno, NV 89502

*Counsel for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MEAGHER and REBECCA DAWSON on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs<br><br>v.<br><br>KTC HOLDING COMPANY f/k/a THE KINGDOM TRUST COMPANY,<br><br>Defendant | CASE NO. 2:24-cv-01630-CDS-MDC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Kevin Meagher and Rebecca Dawson, on behalf of themselves and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant KTC Holding Company, formerly known as The Kingdom Trust Company ("Defendant"), by and through their respective counsel, notify the Court and stipulate and agree as follows:

1. Plaintiffs and Defendant have reached a proposed class action settlement in the above-captioned matter.

2. Additional time is needed to finalize the terms of the settlement, prepare the Settlement Agreement, and prepare the Motion for Preliminary Approval of Class Action Settlement.

ACTIVE 704195409v1

3. The parties estimate that the Motion for Preliminary Approval will be filed by August 29, 2025.

4. The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated: July 2, 2025                                              Dated: July 2, 2025

/s/ Eric W. Swanis                                              /s/ William R. Ginn

**GREENBERG TRAURIG, LLP**
ERIC W. SWANIS (NV BAR 06840)
10845 Griffith Peak Drive, Ste 600
Las Vegas, NV 89135

*Counsel for Defendant*

**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (*PHV*)
KENNEDY M. BRIAN (*PHV*)
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

**LEVERTY & ASSOCIATES LAW, CHTD**
PATRICK R. LEVERTY (NV BAR 8840)
WILLIAM R. GINN (NV BAR 6989)
832 Willow Street
Reno, NV 89502

*Counsel for Plaintiffs and the Putative Class*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2025

2

ACTIVE 704195409v1