**LEVERTY & ASSOCIATES LAW, CHTD**
PATRICK R. LEVERTY (NV BAR 8840)
832 Willow Street
Reno, NV 89502

**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (PHV)
KENNEDY M. BRIAN (PHV)
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MEAGHER on behalf of himself and REBECCA DAWSON on behalf of themselves and all other similarly situated individuals,<br><br>                 Plaintiffs<br><br>v.<br><br>KTC HOLDING COMPANY f/k/a THE KINGDOM TRUST COMPANY,<br><br>                 Defendant | CASE NO. 2:24-cv-01630-CDS-MDC<br><br>**Order Approving Stipulation to Extend Time to File Motion for Preliminary Approval of Class Action Settlement**<br><br>**[**ECF No. 26] |

    Plaintiffs Kevin Meagher and Rebecca Dawson (collectively, "Plaintiffs") and Defendant KTC Holding Company, formerly known as The Kingdom Trust Company ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

    WHEREAS, on July 2, 2025, the Parties filed a Notice of Settlement and Stipulation to Set Deadline to File Motion for Preliminary Approval of Class Action Settlement ("Stipulation") (ECF No. 24). Therein, the Parties advised the Court that they estimated that the Motion for Preliminary Approval would be filed by August 29, 2025;

    WHEREAS, the Court granted the Stipulation on July 8, 2025. (ECF No. 25).

    WHEREAS, the Parties are still in the process of negotiating the finer points of the

settlement, drafting the settlement agreement, and drafting the notice documents. Thus, additional time is needed to finalize the terms of the settlement;

WHEREAS, the Parties have agreed to an extension of time for Plaintiffs to file a Motion for Preliminary Approval of Class Action Settlement, namely, **September 30, 2025**, to allow the Parties to finalize the terms of the settlement;

WHEREORE, in consideration of the foregoing, the Parties hereby STIPULATE and AGREE that the deadline for Plaintiffs to file a Motion for Preliminary Approval of Class Action Settlement is **September 30, 2025**.

The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Date: August 26, 2025

| /s/ Jennifer W. Torrez | /s/ Patrick Leverty |
|---|---|
| **MCDONALD HOPKINS LLC**<br>JENNIFER W. TORREZ (PHV)<br>300 N. LaSalle St., Ste. 1400<br>Chicago, IL 60654<br><br>**GREENBERG TRAURIG, LLP**<br>ERIC W. SWANIS (NV BAR 06840)<br>10845 Griffith Peak Drive, Ste 600<br>Las Vegas, NV 89135<br><br>*Counsel for Defendant* | **LEVERTY & ASSOCIATES LAW, CHTD**<br>PATRICK R. LEVERTY (NV BAR 8840)<br>832 Willow Street<br>Reno, NV 89502<br><br>**FEDERMAN & SHERWOOD**<br>WILLIAM B. FEDERMAN (PHV)<br>KENNEDY M. BRIAN (PHV)<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br><br>*Counsel for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2025

2