# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kevin Meagher, et al.,

               Plaintiffs

v.

KTC Holding Company,

               Defendant

Case No. 2:24-cv-01630-CDS-MDC

**Order Setting Hearing on Plaintiffs'
Unopposed Motion for Preliminary
Approval of Class Action Settlement**

[ECF No. 29]

       Plaintiffs Kevin Meagher and Rebecca Dawson, as class representatives, filed an unopposed motion for preliminary approval of class action settlement and conditional certification of the settlement class. Mot., ECF No. 29. Under Federal Rule of Civil Procedure 23, "[i]f the proposal would bind class members, the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering" a number of factors. Fed. R. Civ. P. 23(e)(2). Generally, the approval of class action settlements occurs in two stages. *Alberto v. GMRI, Inc.*, 252 F.R.D. 652, 658 (E.D. Cal. 2008). In the first stage, the court preliminarily approves the settlement pending a fairness hearing, temporarily certifies the class, and authorizes that notice may be given to the class. *Id.* at 658–59. That phase focuses on assessing whether the proposed settlement merits preliminary approval, which would "lay the ground work for a future fairness hearing." *Id.* at 659.

       IT IS THEREFORE ORDERED that the parties' motion for preliminary approval of class action settlement will be heard on October 30, 2025, at 10:30 a.m. in Courtroom 6B.

       Dated: October 1, 2025

_____
Cristina D. Silva
United States District Judge